IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 21mj77-SRW |
| ) | |
| BRIAN GLENN BINGHAM ) | |

### WAIVER OF PERSONAL APPEARANCE AND CONSENT TO CONDUCT INITIAL APPEARANCE AND SUBSEQUENT HEARINGS BY VIDEO TELECONFERENCE

Due to outbreak of Coronavirus Disease 2019 (COVID-19), which has resulted in the President of the United States' declaring a national emergency and the Governor of Alabama's declaring a state public health emergency, and pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the Defendant hereby waives the right to attend his initial appearance in person and consents to having the initial appearance conducted by video teleconference.

Defendant further states he is aware that, pursuant to 18 U.S.C. § 3142(f) and Rules 5, 10, 32 and/or 32.1 of the Federal Rules of Criminal Procedure, he has the right to, as applicable, a detention hearing, arraignment, preliminary hearing, guilty plea, and or sentencing in person. Defendant hereby waives the right to attend such hearings in person and consents to having any such hearing conducted by video teleconference.

_____
DEFENDANT'S SIGNATURE

June 23, 2021
DATE

/s/ Samuel Brooke
ATTORNEY FOR DEFENDANT
Samuel Brooke
Bar No. ASB-1172-L60B
Tel: 334-834-2099
Email address: Samuel_Brooke@fd.org

June 23, 2021
DATE