AO 466 (Rev. 12/17) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
### for the

United States of America       )
             v.              )
     Brian Glen Bingham      )
_____ )
             *Defendant*              )

Case No. 2:21 MJ 77

Charging District's Case No. 1:21 MJ 430
565.1

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

     Violating the law / complaint

     I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*   DC   District Court ▼ .

I have been informed of the charges and of my rights to:

     (1)      retain counsel or request the assignment of counsel if I am unable to retain counsel;

     (2)      an identity hearing to determine whether I am the person named in the charges;

     (3)      production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

     (4)      a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

     (5)      a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

     ☒      an identity hearing and production of the judgment, warrant, and warrant application.

     ☒      a preliminary hearing.

     ☒      a detention hearing.

     ☒      an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

     I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: _____      _____
                                                      *Defendant's signature*

                                       _____
                                       *Signature of defendant's attorney*

                               Sam Brooks
                                       *Printed name of defendant's attorney*